1054

[No. 43443-8-I.   Division One.   March 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. LINTON CECIL DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-02814-1, John M. Darrah, J., entered September 9, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 43831-0-I.   Division One.   March 6, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-02064-1, George N. Bowden, J., entered November 16, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43873-5-I.   Division One.   March 6, 2000.]

*In the Matter of the Marriage of* JOLYNN R. BARRETT, *Respondent*, and JEFFREY A. BARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-3-02348-7, Ronald L. Castleberry, J., entered November 25, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Agid, A.C.J., concurred in by Becker and Cox, JJ.

[No. 43968-5-I.   Division One.   March 6, 2000.]

*In the Matter of the Marriage of* GREGG J. HARMON, *Appellant*, and MELISSA K. HARMON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-3-02201-6, George A. Finkle, J., entered December 8, 1998. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Appelwick, JJ.